UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VITOLI MOURZAKHANOV,

                Plaintiff,

-against-

DEWALT INDUSTRIAL TOOL CO.,
DEWALT CONSTRUCTION TOOLS and
BLACK AND DECKER (U.S.) INC.,

                Defendants.
------------------------------------------------------------X

STATEMENT PURSUANT
TO RULE 7.1

Civil Action No.: 07 CV 6205

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendants, DeWalt Industrial Tool Co., DeWalt Construction Tools and Black & Decker (U.S.) Inc., certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

1.     The Black & Decker Corporation.

Dated: New York, New York
       July 3, 2007

                                      Yours, etc.,

                                      CALINOFF & KATZ LLP

                BY: _____
                                Robert A. Calinoff
                                Attorneys for Defendants
                                DEWALT INDUSTRIAL TOOL CO.,
                                DEWALT CONSTRUCTION TOOLS,
                                and BLACK & DECKER (U.S.) INC.
                                140 East 45th Street
                                17th Floor
                                New York, New York 10017
                                (212) 826-8800

TO:

John E. Durst, Jr.
THE DURST LAW FIRM, P.C.
Attorneys for Plaintiff
319 Broadway
New York, New York 10007
(212) 964-1000

STATE OF NEW YORK    )
                     :ss
COUNTY OF NEW YORK   )

Sergellys Martinez, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides in Bronx, New York;

On July 5, 2007, deponent served the within STATEMENT PURSUANT TO RULE 7.1 upon:

John E. Durst, Jr.
The Durst Law Firm, P.C.
Attorneys for Plaintiff
319 Broadway
New York, New York  10007

by depositing a true copy of same enclosed in a post paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Sergellys Martinez

Sworn to before me this
5th day of July, 2007

_____
Notary Public

CLAUDIA BLANCHARD
Notary Public, State of New York
No. 01BL6160575
Qualified in Queens County
Commission Expires Feb. 12, 20_11_

{00003748.DOC}