```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VITOLI MOURZAKHANOV,

              Plaintiff,

  -against-

DEWALT INDUSTRIAL TOOL CO.,
DEWALT CONSTRUCTION TOOLS and
BLACK AND DECKER (U.S.) INC.,

              Defendants.
------------------------------------------------------------X

STIPULATION

Civil Action No.: 07 CV 6205(LAK)

IT IS HEREBY STIPULATED BY AND BETWEEN the attorneys for the parties in the above captioned matter that the Consent Scheduling Order signed by Honorable Lewis A. Kaplan on October 2, 2007 be amended as follows:

1. All depositions to be completed by April 1, 2008;

2. Discovery cut off by April 1, 2008;

3. Plaintiff's expert disclosure pursuant to Rule 26(a)(2) to be served no later than February 15, 2008;

4. Defendant's expert disclosure pursuant to Rule 26(a)(2) to be served no later than February 28, 2008;

{00004186.DOC }

5. Joint Pretrial Order in the form prescribed in Judge Kaplan's Individual Rules shall be filed on or before May 1, 2008.

Dated: New York, New York
December 21, 2007

| THE DURST LAW FIRM, P.C. | CALINOFF & KATZ LLP |
|---|---|
| BY: _____ | BY: _____ |
| John E. Durst, Jr. (JED6544) | Robert A. Calinoff (RAC5743) |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 319 Broadway | BLACK & DECKER (U.S.) INC. s/h/a |
| New York, New York 10007 | DEWALT INDUSTRIAL TOOL CO. |
| (212) 964-1000 | DEWALT CONSTRUCTION TOOLS |
| | and BLACK AND DECKER (U.S.) INC. |
| | 140 East 45th Street |
| | 17th Floor |
| | New York, New York 10017 |
| | (212) 826-8800 |

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

1/3/08

{00004186.DOC}