KAPLAN, S.

John E. Durst, Jr.
The Durst Law Firm, P.C.
Attorneys for Plaintiff
319 Broadway, 4th Floor
New York, New York 10007
(212) 964-1090

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VITOLI MOURZAKHANOV,   )
                       )
            Plaintiff, )
                       )    07 CV 6205 (LAK)
        -against-      )
                       )    USDNY
                       )    DOCUMENT
DEWALT INDUSTRIAL TOOL CO., )  ELECTRONICALLY FILED
DEWALT CONSTRUCTION TOOLS and ) DOC #: _____
BLACK AND DECKER (U.S.) INC., ) DATE FILED: 2/22/08
                       )
          Defendants.  )

### STIPULATION TO AMEND CAPTION

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that the caption in the instant action shall be amended as follows:

---

VITALI MOURZAKHANOV,

                    Plaintiff,

        -against-


DEWALT INDUSTRIAL TOOL CO.,
DEWALT CONSTRUCTION TOOLS and
BLACK AND DECKER (U.S.) INC.,

                    Defendants.

---

This stipulation may be filed without further notice with the Clerk of the Court.

Dated: February 12, 2008

_____
THE DURST LAW FIRM, P.C.
Attorneys for plaintiff
319 Broadway, 4th Floor
New York, New York 10007
(212) 964-1000

_____
CALINOFF & KATZ, LLP
Attorneys for defendants
140 East 45th Street, 17th Floor
New York, New York 10017
(212) 826-8800

_____
So Ordered    USDJ

2/21/08