```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
VITALI MOURZAKHANOV,
                                        STIPULATION
                Plaintiff,
                                        07 CV 6205 (LAK)
        -against-

DEWALT INDUSTRIAL TOOL CO.,
DEWALT CONSTRUCTION TOOLS and
BLACK AND DECKER (U.S.) INC

                Defendants.
----------------------------------X
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/08

IT IS HEREBY STIPULATED BY AND BETWEEN the attorneys for the parties in the above-captioned matter that the Consent Scheduling Order signed by Honorable Lewis A. Kaplan on December 21, 2007 be amended as follows:

1. All depositions to be completed by May 1, 2008;

2. Discovery cutoff by June 1, 2008;

3. Plaintiff's expert disclosure pursuant to Rule 26(a)(2) to be served no later than March 15, 2008;

4. Defendants' expert disclosure pursuant to Rule 26(a)(2) to be served no later than April 15, 2008;

5. Joint Pretrial Order in the form prescribed in Judge Kaplan's Individual Rules shall be filed on or before June 1, 2008.

Dated: New York, New York

*MEMO ENDORSED* [handwritten: In the absence of any objection for ten [days?], deemed [granted?] for lack of [opposition?]. SO ORDERED. L. Kaplan, USDJ 2/08]