----- Original Message -----
**From:** John Durst
**To:** rcalinoff@candklaw.com
**Sent:** Monday, July 09, 2007 2:56 PM
**Subject:** Pictures of kind of saw and injuries

I am not certain that this is the exact model of the saw but it is the exact appearance of the saw. Also attached are photos of his hand.

John Durst













3/19/2008