John E. Durst, Jr.
The Durst Law Firm, P.C.
Attorneys for Plaintiff
319 Broadway, 4th Floor
New York, New York 10007
(212) 964-1000

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VITOLI MOURZAKHANOV,<br><br>        Plaintiff,<br><br> -against-<br><br><br>DEWALT INDUSTRIAL TOOL CO.,<br>DEWALT CONSTRUCTION TOOLS and<br>BLACK AND DECKER (U.S.) INC.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)  07 CV 6205<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S AUTOMATIC DISCLOSURE :**

  Plaintiff VITOLI MOURZAKHANOV was injured on September 29, 2005, at approximately 11:15am, at a job site located at 1225 Morrison Avenue, Bronx, New York, when plaintiff was cutting a copper pipe with a reciprocating saw, the saw kicked back and landed on the palm of his left hand, cutting through his gloves and into his hand between the middle and ring fingers. He was taken to the emergency room at New York Westchester Square Medical Center and then transferred by ambulance to Jacobi Medical Center on that same day. A copy of the report from Lifeline Ambulance is attached hereto. He returned to Jacobi Medical Center for surgery on October 3, 2005.

  Plaintiff VITOLI MOURZAKHANOV suffered the following injuries: Complex left hand full thickness tendon laceration; laceration of the ulnar digital nerve to the long finger on

the left hand in the third web space; numbness and loss of strength of grip in left hand. He underwent surgery on October 3, 2005, for repair of the third web space common digital nerve, requiring a vein graft.

    Plaintiff VITOLI MOURZAKHANOV was treated by the following providers:

> New York Westchester Square Medical Center
> 2475 St. Raymond Avenue
> Bronx, New York 10461

> Lifeline Ambulance
> 1865 Mayflower Avenue
> Bronx, New York 10461

> Jacobi Medical Center
> 1400 Pelham Parkway South
> Bronx, New York 10461

> Alan J. Dayan, M.D.
> 1715 Avenue T
> Brooklyn, New York 11229

> Leo Parnes, D.O.
> 201 Ocean Parkway
> Brooklyn, New York 11218

    Copies of those medical records and medical bills in plaintiff's possession are attached hereto. Authorizations for the medical records and medical bills from the named providers are attached hereto.

    Plaintiff VITOLI MOURZAKHANOV's medical bills were paid by his Workers' Compensation insurance. His Workers' Compensation insurance carrier is:

> New York State Insurance Fund
> 199 Church Street
> New York, New York 10007

    Copies of those Workers' Compensation records in plaintiff's possession are attached hereto. An authorization for plaintiff's Workers' Compensation records is attached hereto.

Plaintiff VITOLI MOURZAKHANOV was employed as a plumber by:

>Crestwood Mechanical Co., Inc.
>2393 Butler Place
>Bronx, New York 10462

Plaintiff was earning $207.40 per day. Plaintiff was disabled from working due to his injuries from September 29, 2005, to December 17, 2005. His lost wages to date total $2,666.57. An authorization for plaintiff's employment records is attached hereto.

Dated: July 11, 2007

>THE DURST LAW FIRM, P.C.
>
>_____
>By: John E. Durst, Jr. (6544)
>Attorneys for plaintiff
>319 Broadway, 4th Floor
>New York, New York 10007
> (212) 964-1000

To:

CALINOFF & KATZ, LLP
Attorneys for defendants
DEWALT INDUSTRIAL TOOL CO.,
DEWALT CONSTRUCTION TOOLS and
BLACK AND DECKER (U.S.) INC.
140 East 45th Street, 17th Floor
New York, New York 10017
(212) 826-8800