## John Durst

**From:**     "John Durst" <john@durstlaw.com>
**To:**       "Robert Calinoff" <rcalinoff@candklaw.com>
**Sent:**     Wednesday, September 05, 2007 9:15 AM
**Subject:**  Re: Mourzakhanov v. Black & Decker

Let me know if that doesn't work.  I tested it and it works in all the DVD players I tried.

If there is a particular document that you don't have that you see on the DVD just drop me a line and I'll send you a pdf version by email.

John

----- Original Message -----
**From:** Robert Calinoff
**To:** john@durstlaw.com
**Sent:** Tuesday, September 04, 2007 1:09 PM
**Subject:** Mourzakhanov v. Black & Decker

John:
Your August 28th Letter contained a CD Rom which was to provide medical and technical information.
The disk was blank. Could you either send a new disk or send the material by email.

Thanks and regards,
Bob

Robert A. Calinoff
Calinoff & Katz LLP
140 East 45th Street
New York, NY 10017-3144
Tel: 212.826.8800
Fax: 212.644.5123
rcalinoff@candklaw.com