## John Durst

**From:** "John Durst" <john@durstlaw.com>
**To:** "Robert Calinoff" <rcalinoff@candklaw.com>
**Sent:** Wednesday, October 03, 2007 1:06 PM
**Subject:** Re: 07-cv-06205-LAK Mourzakhanov v. Dewalt Industrial Tool Co. et al

Yeah so I see, the last sentence. I assume that he is referring to the cancellation of the conference, since I know of nothing else he could cancel. Fine; can we work on scheduling some depositions? Lets get the basics over with and try and settle the case! Why not do the pl and df first, then nonparties as needed. I can produce the pl next week. Just give me a day that's convenient for you. If something turns up later warranting a further dep of him, so be it.

John

----- Original Message -----
From: "Robert Calinoff" <rcalinoff@candklaw.com>
To: <john@durstlaw.com>
Sent: Wednesday, October 03, 2007 11:25 AM
Subject: Re: 07-cv-06205-LAK Mourzakhanov v. Dewalt Industrial Tool Co. et al


> John
> I believe tomorrow's conference is cancelled now that Judge Kaplan signed
> the order. See Mr. Mohan's
> Email.
>
> Regards,
> Bob
>
> ----- Original Message -----
> From: John Durst <john@durstlaw.com>
> To: Andrew_Mohan@nysd.uscourts.gov <Andrew_Mohan@nysd.uscourts.gov>
> Cc: Robert Calinoff
> Sent: Wed Oct 03 07:30:11 2007
> Subject: Fw: 07-cv-06205-LAK Mourzakhanov v. Dewalt Industrial Tool Co. et
> al
>
> Dear Mr. Mohan:
>
> I discovered my mistake when I called the ECF dept to point out that there
> was no "proposed Case Management Order" category. So I sent the proposed
> order by mail also.
>
> Is it possible to use email directly to chambers on occasion?
>
> John Durst
> Counsel for Pl

3/19/2008

> Mourzakhanov v. Dewalt, 07-cv-06205-LAK
> 212-964-1000
>
>
> ----- Original Message -----
> From: Robert Calinoff <mailto:rcalinoff@candklaw.com>
> To: Andrew_Mohan@nysd.uscourts.gov
> Cc: John Durst <mailto:john@durstlaw.com>
> Sent: Tuesday, October 02, 2007 11:53 AM
> Subject: RE: 07-cv-06205-LAK Mourzakhanov v. Dewalt Industrial Tool Co. et
> al
>
>
> Mr. Mohan:
>
>
>
> The proposed Order was filed by Mr. Durst, not I. I am forwarding your
> email to him as instructed.
>
>
>
> Robert A. Calinoff
>
> Calinoff & Katz LLP
>
> 140 East 45th Street
>
> New York, NY 10017-3144
>
> Tel: 212.826.8800
>
> Fax: 212.644.5123
>
> rcalinoff@candklaw.com
>
> _____
>
> From: Andrew_Mohan@nysd.uscourts.gov
> [mailto:Andrew_Mohan@nysd.uscourts.gov]
> Sent: 2007-10-02 11:46
> To: Robert Calinoff
> Subject: 07-cv-06205-LAK Mourzakhanov v. Dewalt Industrial Tool Co. et al
>
>
>
>
> Dear Counsel:  I have accidentally come across the proposed consent
> schedule that you mistakenly filed by ECF. Please review the instructions
> for submitting proposed orders to the Court in the Southern District.
> They are on our website under ECF rules.  They were in the initial

3/19/2008

> conference notice that informed you of the 10/4/07 conference.  They are
> even at the bottom of this email.  Please note that Judge Kaplan has
> previously issued sanctions for attorneys filing proposed orders through
> ECF.
>
> However, since it was discovered prior to the conference, I have printed
> out the proposed schedule and give it to Judge Kaplan.  Please notify your
> adversary of the cancellation.
>
> =========================================
> Andrew Mohan
> Courtroom Deputy to Judge Kaplan
> 212-805-0104
>
> COURT INFORMATION
>
> LETTERS are not to be filed by ECF.  Letters to Judge Kaplan must be
> submitted by hard-copy.  Judge Kaplan does not accept faxes without prior
> chambers' approval.
>
> LOCAL RULES: <a href="http://www1.nysd.uscourts.gov/courtrules.php">SDNY
> Local Rules</a>
>
> JUDGE KAPLAN'S INDIVIDUAL PRACTICES: <a
> href="http://www1.nysd.uscourts.gov/cases/show.php?db=judge_info&id=121">Judge
> Kaplan's Individual practices</a>  IF THIS LINK TAKES YOU TO A BLANK PAGE,
> PLEASE REFRESH YOUR BROWSER.
>
> ECF RULES: <a href="http://www1.nysd.uscourts.gov/ecf_filing.php">ECF
> Rules</a> PLEASE REMEMBER THAT LETTERS ARE NOT TO BE FILED BY ECF IN
> USDC-SDNY.
>
> STIPULATIONS & PROPOSED ORDERS in ECF cases should be emailed to the
> Orders and Judgment Clerks at:  Orders_and_Judgments@nysd.uscourts.gov
>
> NON-ECF orders issued by Judge Kaplan can be viewed on CourtWeb at : <a
> href="http://www.nysd.uscourts.gov/courtweb/public.htm">CourtWeb<a/>
>
>