```
                                                                    1

                                                ORIGINAL
 1
 2   UNITED STATES DISTRICT COURT

     SOUTHERN DISTRICT OF NEW YORK
 3

 4   - - - - - - - - - - - - - - - - -x

 5   VITOLI MOURZAKHANOV,

 6              Plaintiff,

 7
                                                Civil Action No.
                -against-
                                                07 CV6205(LAK)
 8

 9   DEWALT INDUSTRIAL TOOL CO.,

     DEWALT CONSTRUCTION TOOLS and

10   BLACK AND DECKER (U.S.) INC.,

11              Defendants.

12   - - - - - - - - - - - - - - - - -x

13

14

15              DEPOSITION of Plaintiff VITALI MOURZAKHANOV

16   s/h/a VITOLI MOURZAKHANOV, taken by Defendants at the

17   offices of The Durst Law Firm, P.C., 319 Broadway,

18   New York, New York, on Tuesday, January 22, 2008,

19   commencing at 10:13 a.m., before Elizabeth Santamaria,

20   a Certified Shorthand (Stenotype) Reporter and Notary

21   Public within and for the State of New York.

22

23

24

25
```

                                                                    2

1

2   A P P E A R A N C E S:

3

4           THE DURST LAW FIRM, P.C.

5               Attorneys for Plaintiff

6               319 Broadway

7               New York, New York  10007

8           BY: JOHN E. DURST, JR., Esq., of Counsel

9

10

11          CALINOFF & KATZ, LLP

12              Attorneys for Defendants

13              140 East 45th Street

14              New York, New York  10017-3144

15          BY: ROBERT A. CALINOFF, Esq., of Counsel

16

17

18          ALSO PRESENT:

19              Lisa Livote,

20              Legal Video Specialist

21

22                     --oOo--

23

24

25