John:

The Safety Review itemizes, step by step, the process for product safety review and is proprietary.

The person at B&D responsible for this case is away until the end of the week. I'll discuss settlement with him and get back to you next week.

Regards,
Bob

Robert A. Calinoff
Calinoff & Katz LLP
140 East 45th Street
New York, NY 10017-3144
Tel: 212.826.8800
Fax: 212.644.5123
rcalinoff@candklaw.com

---

**From:** John Durst [mailto:john@durstlaw.com]
**Sent:** March 11, 2008 04:05 PM
**To:** Robert Calinoff
**Subject:** Re: Mourzakhanov

You really think it meets the standard for a protective order?  I think you have to justify that alittle more.  I think I wrote an article on this 10-15 years ago, "Confidentiality Orders: Plaintiffs Should Resist Them", or something like that, for Trial Magazine.  I'd be a hypocrite to accept that out of laziness, and so . . . .

Wanna settle the case?  $50,000, now more hassle.  And a confidentiality order.

John

> ----- Original Message -----
> **From:** Robert Calinoff
> **To:** John Durst
> **Sent:** Tuesday, March 11, 2008 1:57 PM
> **Subject:** Mourzakhanov
>
> John:
>
> I now have the claim information and Safety Review which you requested at the deposition of Ted Mitrou. We wish to produce this material pursuant to a Protective Order as some of relates to Confidential or proprietary material. Do you have a form of order which you would propose to use or should I draft one? We can then hand deliver the material to you.
>
> Regards,
> Bob
>
> Robert A. Calinoff
> Calinoff & Katz LLP
> 140 East 45th Street
> New York, NY 10017-3144
> Tel: 212.826.8800
> Fax: 212.644.5123
> rcalinoff@candklaw.com