UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
VITOLI MOURZAKHANOV,

        Plaintiff,

-against-                                                                                        07 Civ. 6205 (LAK)

DEWALT INDUSTRIAL TOOL CO.., et al.,

        Defendants.
------------------------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Defendants' motion to preclude plaintiff's expert is denied provided plaintiff makes its expert available for examination within 30 days of the date of this order. Should plaintiff do so, defendants may supplement their expert disclosure to respond to any new matter raised in the deposition of plaintiff's expert.

        SO ORDERED.

Dated:    April 1, 2008

                                                    _____
                                                        Lewis A. Kaplan
                                                   United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
4/1/08